UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH MEADOWS,

    Plaintiff,

CASE NO. 1:20-CV-203

v.

HON. ROBERT J. JONKER

CITY OF WALKER, et al.,

    Defendants.

_____ /

## ORDER

The matter came up for hearing on May 17, 2021, on Defendants Motion for Summary Judgment.  For the reasons recited from the bench, Defendants' Motion for Summary Judgment (ECF No. 66) is **DENIED.**

**IT IS SO ORDERED.**

Dated:  May 18, 2021          /s/ Robert J. Jonker
                                                          ROBERT J. JONKER
                                                          CHIEF UNITED STATES DISTRICT JUDGE